R

F I L E D

FEB 2 5 2008
2-25-2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

MHW

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

# Civil Cover Sheet

| | |
|---|---|
| **Plaintiff(s):** UNITED STATES OF AMERICA | **Defendant(s):** RAUL PEREZ |
| **County of Residence:** | **County of Residence:** BOND |
| **Plaintiff's Address:**<br>1) AUSA<br><br>2) Madeleine Sullivan Murphy<br>United States Attorney's Office (NDIL)<br>219 South Dearborn Street, Suite 500<br>Chicago, IL 60604 | **Defendant's Attorney:**<br>Raul Perez<br>#60397-080<br>Greenville - FCI<br>P.O. Box 5000<br>Greenville, IL 62246 |

**Basis of Jurisdiction:**
- [ ] 1. U.S. Government Plaintiff
- [x] 2. U.S. Government Defendant
- [ ] 3. Federal Question (U.S. gov't. not a party)
- [ ] 4. Diversity

**Citizenship of Principal Parties (Diversity Cases Only)**
Plaintiff:
Defendant:

**08CV1141**
**JUDGE ZAGEL**
**MAG.JUDGE COX**

**Origin:**
- [x] 1. Original Proceeding
- [ ] 2. Removed From State Court
- [ ] 3. Remanded From Appellate Court
- [ ] 4. Reinstated or Reopened
- [ ] 5. Transferred From Other District
- [ ] 6. MultiDistrict Litigation
- [ ] 7. Appeal to District Judge from Magistrate Judgment

**Nature of Suit:** 510 Motion to Vacate

**Cause of Action:** 28:2255

**Jury Demand:** [ ] Yes  [x] No

**Signature:** A. E. Woodham  **Date:** 02/25/2008

Zagel 00CR 39-11
needs Mag. ju.