Raul Perez                              )
_____ )          **08CV1141**
                                        )
_____ )          **JUDGE ZAGEL**
              Petitioner(s),            )
                                        )          **MAG. JUDGE COX**
         -vs-                           )   Ca _____
                                        )          (To be supplied by the Clerk)
United States of America          )
_____ )
                                        )                    **FILED**
_____ )
                                        )             FEB 2 5 2008
_____ )                2-25-2008
              Respondent(s).            )          MICHAEL W. DOBBINS
                                                CLERK, U.S. DISTRICT COURT

### MOTION AND AFFIDAVIT IN SUPPORT OF REQUEST TO PROCEED IN FORMA PAUPERIS

I, __Raul Perez_____, being first duly sworn, depose and say that I am the plaintiff/petitioner in the above entitled cause; that in support of my request to proceed without being required to prepay fees, costs or give security therefor, I state that because of my poverty, I am unable to pay the costs of said proceeding or to give security therefor, and that I believe I am entitled to relief.

The nature of the action is:

( ) Civil Rights    (X) Habeas Corpus    ( ) Appeal

1. Are you presently employed?    Yes (X)    No ( )

   a. If the answer is "yes", state the amount of your salary or wages per month, and give the name and address of your employer.
      _____Please see attached six month account statement_____
      _____

   b. If the answer is "no", state the date of last employment and the amount of salary or wages per month which you received.
      _____
      _____

2. Have you received within the past twelve months any money from any of the following sources?

   a. Business, profession or form of self-employment?    Yes ( ) No ( )
   b. Rent payments, interest or dividends?                Yes ( ) No ( )
   c. Pensions, annuities or life insurance payments?      Yes ( ) No ( )
   d. Gifts or inheritances?                               Yes ( ) No ( )
   e. Any other sources?                                   Yes ( ) No ( )

1

(Rev. 1/93)

If the answer to any of the above is "yes", describe each source of money and state the amount received during the past twelve months.

Please see attached account statement

3. Do you own cash, or do you have money in a checking or savings account?
   Yes ( ) No (X) (include any funds in prison accounts). If the answer is "yes", state the total value of the items owned.

4. Do you own any real estate, stocks, bonds, notes, automobiles or other valuable property (excluding ordinary household furnishings and clothing)? Yes ( ) No (X) If the answer is "yes", describe the property and state its approximate value.

5. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support.

   NA

## DECLARATION UNDER PENALTY OF PERJURY

I declare (or certify, verify or state) under penalty of perjury, that I am the plaintiff/petitioner in the above action, that I have read the foregoing Motion and Affidavit and that the information contained therein is true and correct. 28 U.S.C. §1746; 18 U.S.C. §1621

February 21, 2008
Date

Signature of Plaintiff/Petitioner

2

(Rev. 1/93)

# CERTIFICATE

**(THIS SECTION FOR COMPLETION BY THE PLAINTIFF/PETITIONER)**

Name of Plaintiff/Petitioner: __Raul Perez__

Institution where confined: __FCI Greenville__

Register number: __60397-080__

---

(Instructions: This section is for completion by an authorized officer of the above-named institution only. The plaintiff/petitioner may **not** write below this line. Please complete the following certificate for the plaintiff/petitioner named and described above. If the plaintiff/petitioner is confined in the Illinois Department of Corrections, you are further requested to attach a print-out of all transactions for this person's account for the past six months.)

I hereby certify that ____Raul Perez____ currently has the sum
(Name of plaintiff/petitioner)

$_____ on account to his credit at __FCI Greenville__
(Institution where confined)

In the first calendar month immediately preceding the date
of this certificate, plaintiff/petitioner had a maximum balance of  $_____
_____and a minimum balance of  $_____
In the second calendar month, had a maximum balance of  $_____
_____and a minimum balance of  $_____
In the third calendar month, had a maximum balance of  $_____
_____and a minimum balance of  $_____

I certify that the plaintiff/petitioner likewise has the following securities to his credit according to the records of the institution.

DATED: __February 21__, 2008

_____
Signature of Authorized Officer
of the above Institution

**NOTE:** My housing unit counselor would not complete this form but instead, provided me with a six month printout of my inmate account. Please see attached.

_Raul Perez_ /pro se

3

(Rev. 1/93)

# Inmate Statement



| | | |
|---|---|---|
| Inmate Reg #: | 60397080 | Current Institution: Greenville FCI |
| Inmate Name: | PEREZ, RAUL | Housing Unit: GRE-C-A |
| Report Date: | 02/17/2008 | Living Quarters: C03-230L |
| Report Time: | 12:59:16 PM | |

| Alpha Code | Date/Time | Reference# | Payment# | Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| GRE | 2/14/2008 4:29:35 PM | TFN0214 | | | Phone Withdrawal | ($1.00) | | $112.06 |
| GRE | 2/13/2008 4:24:00 PM | TFN0213 | | | Phone Withdrawal | ($2.00) | | $113.06 |
| GRE | 2/12/2008 7:07:43 PM | TFN0212 | | | Phone Withdrawal | ($2.00) | | $115.06 |
| GRE | 2/12/2008 1:07:08 PM | 33309708 | | | Western Union | $50.00 | | $117.06 |
| GRE | 2/11/2008 8:48:27 PM | TFN0211 | | | Phone Withdrawal | ($1.00) | | $67.06 |
| GRE | 2/11/2008 5:42:55 PM | 119 | | | Sales | ($102.35) | | $68.06 |
| GRE | 2/9/2008 5:48:21 PM | TFN0209 | | | Phone Withdrawal | ($2.00) | | $170.41 |
| GRE | 2/8/2008 4:26:33 PM | TFN0208 | | | Phone Withdrawal | ($5.00) | | $172.41 |
| GRE | 2/8/2008 9:36:57 AM | HIS2018 | | | Payroll - UNICOR | $121.26 | | $238.04 |
| GRE | 2/8/2008 9:36:57 AM | HIS2020 | | | FRP Unicor Pymt | ($60.63) | | $177.41 |
| GRE | 2/6/2008 8:08:27 PM | 33309308 | | | Western Union | $50.00 | | $116.78 |
| GRE | 1/29/2008 5:31:15 PM | 75 | | | Sales | ($15.60) | | $66.78 |
| GRE | 1/29/2008 3:40:12 PM | TFN0129 | | | Phone Withdrawal | ($2.00) | | $82.38 |
| GRE | 1/27/2008 7:28:24 PM | TFN0127 | | | Phone Withdrawal | ($2.00) | | $84.38 |
| GRE | 1/22/2008 5:12:20 PM | TFN0122 | | | Phone Withdrawal | ($2.00) | | $86.38 |
| GRE | 1/22/2008 8:18:47 AM | 745 | | | SPO | | ($66.30) | ------ |
| GRE | 1/21/2008 6:48:23 PM | TFN0121 | | | Phone Withdrawal | ($2.00) | | $88.38 |
| GRE | 1/19/2008 2:27:31 PM | TFN0119 | | | Phone Withdrawal | ($8.00) | | $90.38 |
| GRE | 1/19/2008 11:11:04 AM | TFN0119 | | | Phone Withdrawal | ($2.00) | | $98.38 |
| GRE | 1/16/2008 8:07:57 PM | 33307808 | | | Western Union | $100.00 | | $100.38 |
| GRE | 1/9/2008 4:59:26 PM | 69 | | | Sales | ($62.08) | | $0.38 |
| GRE | 1/9/2008 4:26:33 PM | TFN0109 | | | Phone Withdrawal | ($2.00) | | $62.46 |
| GRE | 1/7/2008 8:15:34 PM | TFN0107 | | | Phone Withdrawal | ($2.00) | | $64.46 |
| GRE | 1/4/2008 2:20:55 PM | HIS2016 | | | Payroll - UNICOR | $94.87 | | $113.89 |
| GRE | 1/4/2008 2:20:55 PM | HIS2017 | | | FRP Unicor Pymt | ($47.43) | | $66.46 |
| GRE | 1/3/2008 8:06:39 PM | TFN0103 | | | Phone Withdrawal | ($2.00) | | $19.02 |
| GRE | 1/3/2008 5:25:58 PM | 108 | | | Sales | ($35.05) | | $21.02 |
| GRE | 1/2/2008 4:35:55 PM | TFN0102 | | | Phone Withdrawal | ($2.00) | | $56.07 |
| GRE | 12/30/2007 7:05:20 PM | 33306608 | | | Western Union | $50.00 | | $58.07 |
| GRE | 12/29/2007 9:50:41 AM | TFN1229 | | | Phone Withdrawal | ($1.00) | | $8.07 |
| GRE | 12/27/2007 5:24:03 PM | 151 | | | Sales | ($90.80) | | $9.07 |
| GRE | 12/25/2007 9:35:53 PM | TFN1225 | | | Phone Withdrawal | ($2.00) | | $99.87 |
| GRE | 12/25/2007 10:39:11 AM | TFN1225 | | | Phone Withdrawal | ($2.00) | | $101.87 |

| Alpha Code | Date | Reference | Payment# | Transaction Type | Amount | Ending Balance |
|---|---|---|---|---|---|---|
| GRE | 12/20/2007 3:07:16 PM | 33305908 | | Western Union | $100.00 | $103.87 |
| GRE | 12/18/2007 6:04:38 PM | 136 | | Sales | ($1.90) | $3.87 |
| GRE | 12/18/2007 6:03:03 PM | 135 | | Sales | ($50.20) | $5.77 |
| GRE | 12/18/2007 4:31:05 PM | TFN1218 | | Phone Withdrawal | ($4.00) | $55.97 |
| GRE | 12/18/2007 12:07:41 PM | 33305708 | | Western Union | $50.00 | $59.97 |
| GRE | 12/17/2007 9:05:25 PM | TFN1217 | | Phone Withdrawal | ($1.00) | $9.97 |
| GRE | 12/16/2007 6:40:12 PM | TFN1216 | | Phone Withdrawal | ($2.00) | $10.97 |
| GRE | 12/12/2007 9:12:29 PM | TFN1212 | | Phone Withdrawal | ($2.00) | $12.97 |
| GRE | 12/10/2007 11:28:32 AM | 46 | | Sales | ($61.20) | $14.97 |
| GRE | 12/9/2007 10:36:39 AM | TFN1209 | | Phone Withdrawal | ($2.00) | $76.17 |
| GRE | 12/8/2007 2:43:11 PM | TFN1208 | | Phone Withdrawal | ($2.00) | $78.17 |
| GRE | 12/7/2007 7:52:55 AM | HIS2013 | | Payroll - UNICOR | $113.67 | $137.00 |
| GRE | 12/7/2007 7:52:55 AM | HIS2014 | | FRP Unicor Pymt | ($56.83) | $80.17 |
| GRE | 12/4/2007 8:09:13 PM | TFN1204 | | Phone Withdrawal | ($2.00) | $23.33 |
| GRE | 12/3/2007 9:51:06 PM | TFN1203 | | Phone Withdrawal | ($2.00) | $25.33 |
| GRE | 11/27/2007 5:25:50 PM | 73 | | Sales | ($30.65) | $27.33 |
| GRE | 11/26/2007 1:06:58 PM | 33304108 | | Western Union | $50.00 | $57.98 |

1 2 3 4

**Total Transactions: 174**

Totals:     $61.09     ($66.30)

## Current Balances

| Alpha Code | Available Balance | Pre-Release Balance | Debt Encumbrance | SPO Encumbrance | Other Encumbrance | Outstanding Instruments | Administrative Holds | Account Balance |
|---|---|---|---|---|---|---|---|---|
| GRE | $45.76 | $0.00 | $0.00 | $66.30 | $0.00 | $0.00 | $0.00 | $112.06 |
| Totals: | $45.76 | $0.00 | $0.00 | $66.30 | $0.00 | $0.00 | $0.00 | $112.06 |

## Other Balances

| National 6 Months Deposits | National 6 Months Withdrawals | National 6 Months Avg Daily Balance | Local Max Balance - Prev 30 Days | Average Balance - Prev 30 Days | Commissary Restriction Start Date | Commissary Restriction End Date |
|---|---|---|---|---|---|---|
| $1,998.93 | $1,997.73 | $115.47 | $238.04 | $95.94 | N/A | N/A |

# Inmate Statement



| Inmate Reg #: | 60397080 | | Current Institution: | Greenville FCI |
|---|---|---|---|---|
| Inmate Name: | PEREZ, RAUL | | Housing Unit: | GRE-C-A |
| Report Date: | 02/17/2008 | | Living Quarters: | C03-230L |
| Report Time: | 12:59:27 PM | | | |

| Alpha Code | Date/Time | Reference# | Payment# | Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| GRE | 11/22/2007 1:08:50 PM | TFN1122 | | | Phone Withdrawal | ($5.00) | | $7.98 |
| GRE | 11/22/2007 8:37:54 AM | TFN1122 | | | Phone Withdrawal | ($2.00) | | $12.98 |
| GRE | 11/14/2007 5:07:19 PM | 91 | | | Sales | ($44.90) | | $14.98 |
| GRE | 11/14/2007 4:20:57 PM | TFN1114 | | | Phone Withdrawal | ($2.00) | | $59.88 |
| GRE | 11/13/2007 1:07:37 PM | 33303208 | | | Western Union | $50.00 | | $61.88 |
| GRE | 11/12/2007 5:45:50 PM | TFN1112 | | | Phone Withdrawal | ($3.00) | | $11.88 |
| GRE | 11/12/2007 4:32:00 PM | TFN1112 | | | Phone Withdrawal | ($1.00) | | $14.88 |
| GRE | 11/10/2007 4:50:27 PM | TFN1110 | | | Phone Withdrawal | ($4.00) | | $15.88 |
| GRE | 11/8/2007 5:29:38 PM | 106 | | | Sales | ($56.10) | | $19.88 |
| GRE | 11/6/2007 2:29:25 PM | HICP1107 | | | Inmate Co-pay | ($2.00) | | $75.98 |
| GRE | 11/4/2007 3:10:08 PM | TFN1104 | | | Phone Withdrawal | ($2.00) | | $77.98 |
| GRE | 11/3/2007 9:00:15 AM | TFN1103 | | | Phone Withdrawal | ($2.00) | | $79.98 |
| GRE | 11/2/2007 2:30:18 PM | HIS2001 | | | Payroll - UNICOR | $126.10 | | $145.03 |
| GRE | 11/2/2007 2:30:18 PM | HIS2004 | | | FRP Unicor Pymt | ($63.05) | | $81.98 |
| GRE | 11/1/2007 6:09:01 PM | 89 | | | Sales | ($76.20) | | $18.93 |
| GRE | 10/28/2007 9:35:47 PM | TFN1028 | | | Phone Withdrawal | ($2.00) | | $95.13 |
| GRE | 10/28/2007 4:51:02 PM | TFN1028 | | | Phone Withdrawal | ($2.00) | | $97.13 |
| GRE | 10/27/2007 8:44:02 AM | TFN1027 | | | Phone Withdrawal | ($2.00) | | $99.13 |
| GRE | 10/25/2007 3:07:32 PM | 33301908 | | | Western Union | $100.00 | | $101.13 |
| GRE | 10/22/2007 5:28:11 PM | 82 | | | Sales | ($46.20) | | $1.13 |
| GRE | 10/22/2007 4:59:01 PM | TFN1022 | | | Phone Withdrawal | ($3.00) | | $47.33 |
| GRE | 10/16/2007 3:05:47 PM | 33301208 | | | Western Union | $50.00 | | $50.33 |
| GRE | 10/10/2007 5:30:46 PM | 125 | | | Sales | ($193.55) | | $0.33 |
| GRE | 10/10/2007 12:11:18 AM | | | | Gift | $0.00 | | $193.88 |
| GRE | 10/5/2007 8:17:45 AM | HIS2006 | | | Payroll - UNICOR | $106.43 | | $247.09 |
| GRE | 10/5/2007 8:17:45 AM | HIS2007 | | | FRP Unicor Pymt | ($53.21) | | $193.88 |
| GRE | 10/4/2007 9:36:48 PM | TFN1004 | | | Phone Withdrawal | ($25.00) | | $140.66 |
| GRE | 10/4/2007 7:22:41 AM | TFN1004 | | | Phone Withdrawal | ($2.00) | | $165.66 |
| GRE | 10/3/2007 7:16:28 PM | 33300308 | | | Western Union | $100.00 | | $167.66 |
| GRE | 10/3/2007 6:35:21 PM | TFN1003 | | | Phone Withdrawal | ($2.00) | | $67.66 |
| GRE | 10/3/2007 4:41:24 PM | TFN1003 | | | Phone Withdrawal | ($1.00) | | $69.66 |
| GRE | 10/2/2007 5:13:33 PM | 76 | | | Sales | ($103.20) | | $70.66 |
| GRE | 10/2/2007 4:33:22 PM | TFN1002 | | | Phone Withdrawal | ($2.00) | | $173.86 |

| | | | | | | |
|---|---|---|---|---|---|---|
| GRE | 9/25/2007 6:52:39 PM | TFN0925 | | Phone Withdrawal | ($10.00) | $175.86 |
| GRE | 9/24/2007 4:07:16 PM | 33325607 | | Western Union | $100.00 | $185.86 |
| GRE | 9/23/2007 4:27:50 PM | TFN0923 | | Phone Withdrawal | ($8.00) | $85.86 |
| GRE | 9/23/2007 10:55:36 AM | TFN0923 | | Phone Withdrawal | ($2.00) | $93.86 |
| GRE | 9/20/2007 8:42:26 PM | TFN0920 | | Phone Withdrawal | ($2.00) | $95.86 |
| GRE | 9/20/2007 4:32:02 PM | TFN0920 | | Phone Withdrawal | ($2.00) | $97.86 |
| GRE | 9/19/2007 11:07:46 AM | 35 | | Sales | ($23.50) | $99.86 |
| GRE | 9/13/2007 6:51:29 PM | TFN0913 | | Phone Withdrawal | ($2.00) | $123.36 |
| GRE | 9/12/2007 7:40:43 PM | TFN0912 | | Phone Withdrawal | ($3.00) | $125.36 |
| GRE | 9/12/2007 11:12:53 AM | 34 | | Sales | ($7.80) | $128.36 |
| GRE | 9/12/2007 11:00:21 AM | 29 | | Sales | ($32.10) | $136.16 |
| GRE | 9/10/2007 4:42:08 PM | TFN0910 | | Phone Withdrawal | ($2.00) | $168.26 |
| GRE | 9/10/2007 12:11:13 AM | | 3054 | Gift | ($200.00) | $170.26 |
| GRE | 9/9/2007 9:38:59 PM | TFN0909 | | Phone Withdrawal | ($3.00) | $370.26 |
| GRE | 9/8/2007 11:51:06 AM | TFN0908 | | Phone Withdrawal | ($3.00) | $373.26 |
| GRE | 9/7/2007 9:59:01 AM | GIS2052 | | Payroll - UNICOR | $86.60 | $419.56 |
| GRE | 9/7/2007 9:59:01 AM | GIS2057 | | FRP Unicor Pymt | ($43.30) | $376.26 |

1 2 3 4

Total Transactions: 174

Totals: $61.09 ($66.30)

### Current Balances

| Alpha Code | Available Balance | Pre-Release Balance | Debt Encumbrance | SPO Encumbrance | Other Encumbrance | Outstanding Instruments | Administrative Holds | Account Balance |
|---|---|---|---|---|---|---|---|---|
| GRE | $45.76 | $0.00 | $0.00 | $66.30 | $0.00 | $0.00 | $0.00 | $112.06 |
| Totals: | $45.76 | $0.00 | $0.00 | $66.30 | $0.00 | $0.00 | $0.00 | $112.06 |

### Other Balances

| National 6 Months Deposits | National 6 Months Withdrawals | Natioanl 6 Months Avg Daily Balance | Local Max Balance - Prev 30 Days | Average Balance - Prev 30 Days | Commissary Restriction Start Date | Commissary Restriction End Date |
|---|---|---|---|---|---|---|
| $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | |