**UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
Eastern Division**

United States of America
         Plaintiff,

v.               Case No.: 1:08−cv−01141
              Honorable James B. Zagel

Raul Perez
         Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, May 14, 2008:

  MINUTE entry before Judge Honorable James B. Zagel:Motion for leave to proceed in forma pauperis [3] denied as moot. No filing fee is required to proceed with this action. Motion to vacate, set aside, correct sentence [1] response due by 6/4/2008. Reply due by 6/25/2008. Ruling on motion to be made by mail.Mailed notice(drw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.