IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS:

| | | |
|---|---|---|
| RAUL PEREZ, | ) | CASE NO. 08C-1141 |
| | ) | |
| PETITIONER, | ) | |
| | ) | MOTION SEEKING SUMMARY |
| | ) | JUDGMENT PURSUANT TO |
| -VS- | ) | RELIEF : SECTION § 2255 |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| RESPONDENT. | ) | |

FILED
Aug 1, 2008
AUG 1 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Comes, now Raul Perez, (herein after petitioner), in his own behalf, pursuant to any and all applicable Rules Laws, Statutes, and Codes, which may govern this said action. As well as Federal Rules of Civil procedure Rule 56, as well as any Civil Rule which may govern this action and states as follows:

Petitioner filed a motion seeking relief from a unlawful conviction and sentence pursuant to Title 28 U.S.C. § 2255. The court ordered the respondent too respond (60) day's after the petitioneseeking relief hadebeen filededtitioner Respondent's have neglected to comply with this court's explicit order and petitioner seeks summary relief consistent with the Rule that provide and govern said relief for good

cause shown;

Wherefore, petitioner respectfully pray's that this court grant summary judgment consistent with the relief requested in the petitioner's petition seeking relief pursuant to title 28 U.S.C. § 2255 for good cause shown:

DATED THIS 24th day of July 2008

RESPECTFULLY SUBMITTED,

_____
RAUL PEREZ
#60397-080
P.O. BOX 5000
GREENVILLE, ILLINOIS, 62246

CERTIFICATE OF SERVICE:

I, RAUL PEREZ, declare under the penalty of perjury, that II placed a copy of a motion styled Judgment addressed too the Clerk of the C Court for the Northern district of Illinois, with a additional copy addressed to the United States Attorney's office for the Northern District of Illinois, by placing the aforemention copies in the institutional mailing system on or about July 28, 2008 postage pre-paid:

C. FILE
   AUSA

_____
RAUL PEREZ